Paul Buchanan, OSB No. 940551
Aaron Kline, OSB No. 256740
BUCHANAN ANGELI SULLIVAN
& FERRER LLP
621 SW Morrison St., Suite 1250
Portland, OR  97205
Telephone: (503) 974-5015
Facsimile: (971) 230-0337
paul@basf.law

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TU HO, an individual<br><br>                    Plaintiff,<br><br>          v.<br><br>GENENTECH, INC.,<br>                    Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 USC § 1441(b) (DIVERSITY)** |

TO: PLAINTIFF

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1441 and § 1446, defendants Genentech, Inc. ("Genentech" or "defendant") hereby provide notice of the removal of the case styled *Tu Ho v. Genentech, Inc.,* Case No. 25CV60093, pending in the Circuit Court of the State of Oregon for the County of Washington ("the State Action"), to the United States District Court for the District of Oregon.  Defendants provide the following grounds for removal:

1.      On November 7, 2025, plaintiff Tu Ho initiated this lawsuit in the Circuit Court of the State of Oregon for the County of Washington by filing his Complaint.  Plaintiff's lawsuit names Genentech as defendant.

Page 1 – **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

2. Attached as Exhibit 1 to the Declaration of Paul Buchanan ("Buchanan Decl.") is a true and correct copy of the Summons and Complaint plaintiff served upon Genentech on December 19, 2025. Exhibit 1 constitutes all of the process, pleadings, and orders served upon Genentech in the State Action to date. (Buchanan Decl., ¶ 2.)

3. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant pursuant to the 28 U.S.C. §1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, as alleged in the prayer for relief section from the Complaint in which plaintiff seeks damages of not less than $450,000.

4. Complete diversity of citizenship exists in that plaintiff alleges that he is a citizen of the State of Oregon. (Complaint at ¶ 1.) Genentech was, during all times relevant, a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of California. Genentech is the only defendant named in this action.

5. Counsel for defendant certifies that he will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the State of Oregon for the County of Washington and give notice of same to counsel for plaintiff, as required by 28 USC § 1446(d).

6. By filing this notice, defendant does not waive, and expressly reserves, any defenses which may be available.

WHEREFORE, defendant respectfully requests that this Court accept jurisdiction of this action currently pending in the Circuit Court of the State of Oregon for the County of Washington.

Page 2 – **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**
     **UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

Dated: January 13, 2026

BUCHANAN ANGELI SULLIVAN
& FERRER LLP
*s/Paul Buchanan*
Paul Buchanan, OSB No. 940551
paul@basf.law
Aaron Kline, OSB No. 256740
aaron@basf.law
Telephone: (503) 974-5015
Fax: (971) 230-0337

*Attorneys for Defendant*

Page 3 – **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ hand delivery

☒ email

☐ overnight delivery

☐ CM/ECF

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s)

at his or her last-known address as indicated below.

Tu Ho
18490 SW Longacre St.
Beaverton, OR 97003
Email: hohoangtu@hotmail.com
Tel: (360) 220-2695

*Plaintiff*

Dated: January 13, 2026

BUCHANAN ANGELI SULLIVAN
& FERRER LLP

*s/Paul Buchanan*
Paul Buchanan, OSB No. 940551
paul@basf.law
Aaron Kline, OSB No. 256740
aaron@basf.law
Telephone: (503) 974-5015
Fax: (971) 230-0337

*Attorneys for Defendant*

Page 1 – **CERTIFICATE OF SERVICE**